1  TOWNSEND AND TOWNSEND AND CREW LLP
    THEODORE T. HERHOLD (State Bar No. 122895)
2  ttherhold@townsend.com
    MATTHEW R. HULSE (State Bar No. 209490)
3  mrhulse@townsend.com
    379 Lytton Avenue
4  Palo Alto, California 94301
    Telephone: (650) 326-2400
5  Facsimile: (650) 326-2422

6  Attorneys for Plaintiff/Counterdefendant
    DBA INFOPOWER, INC.
7

    DANIEL J. BERGESON, State Bar No. 105439
8  INA STANGENES, State Bar No. 156559
    MELINDA M. MORTON, State Bar No. 209373
9  303 Almaden Boulevard, Suite 500
    San Jose, CA 95110-2712
10 Telephone: (408) 291-6200
    Facsimile: (408) 297-6000
11 dbergeson@be-law.com
    istangenes@be-law.com
12 mmorton@be-law.com

13 Attorneys for Defendant/Counterclaimant
    TAL LAVIAN
14

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DBA INFOPOWER, INC.,<br><br>           Plaintiff,<br><br>  v.<br><br>TAL LAVIAN,<br><br>           Defendant. | Case No.   CV 05-03320-MEJ<br><br>**STIPULATION AND [PROPOSED]**<br>**ORDER SELECTING ADR**<br>**PROCESS [ADR L.R. 3-5]**<br><br>**ADR CERTIFICATION** |
| TAL LAVIAN,<br><br>           Counterclaimant,<br><br>  v.<br><br>DBA INFOPOWER, INC.,<br><br>           Counterdefendant. | |

1  The parties stipulate to participate in the following ADR process:

**Court Processes:**

___ Arbitration     ___ ENE     ___ Mediation

*(Use space below to provide any information regarding timing of session, preferred subject matter expertise of neutral, or other issues.)*

**Private Process:**

X   Private ADR *(please identify process and provider)*

The parties agree to participate in private mediation. The parties have not yet selected a suitable mediation provider.

*(For e-filers, please consult General Order No. 45, Section X regarding signature.)*

DATED: November 28, 2005        TOWNSEND and TOWNSEND and CREW LLP

By: _____
Matthew R. Hulse
Attorneys for Plaintiff/Counterdefendant
DBA INFOPOWER, INC.


BERGESON, LLP


By: _____
Melinda M. Morton
Attorneys for Defendant/Counterclaimant
TAL LAVIAN

IT IS SO ORDERED:
            1/9/06
DATED: _____, ~~2005~~          /s/ CLAUDIA WILKEN

STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS/ADR CERTIFICATION        - 1 -
CASE NO. CV 05-03320-MEJ

The parties stipulate to participate in the following ADR process:

**Court Processes:**

___ Arbitration  ___ ENE  ___ Mediation

*(Use space below to provide any information regarding timing of session, preferred subject matter expertise of neutral, or other issues.)*

**Private Process:**

X  Private ADR *(please identify process and provider)*

The parties agree to participate in private mediation. The parties have not yet selected a suitable mediation provider.

*(For e-filers, please consult General Order No. 45, Section X regarding signature.)*

DATED: _____, 2005       TOWNSEND and TOWNSEND and CREW LLP


By: _____
Matthew R. Hulse
Attorneys for Plaintiff/Counterdefendant
DBA INFOPOWER, INC.


BERGESON, LLP

By: _____
Melinda M. Morton
Attorneys for Defendant/Counterclaimant
TAL LAVIAN

IT IS SO ORDERED:

DATED: _____, 2005       _____

STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS/ADR CERTIFICATION         - 1 -
CASE NO. CV 05-03320-MEJ

**SIGNATURE AND CERTIFICATION BY PARTIES AND LEAD TRIAL COUNSEL**

Pursuant to Civ. L.R. 16 and ADR L.R. 3-5(b), each of the undersigned certifies that he or she has read either the handbook entitled "Dispute Resolution Procedures in the Northern District of California," or the specified portions of the ADR Unit's Internet site <www.adr.cand.uscourts.gov>, discussed the available dispute resolution options provided by the court and private entities, and considered whether this case might benefit from any of them.

*(Note: This certification must be signed by each party and its counsel. For e-filers, please consult General Order No. 45, Section X regarding signatures.)*

Dated: November 26, 2005 _____
Ron Siguna, President and CEO
Plaintiff/Counterdefendant DBA INFOPOWER, INC.

Dated: November ___, 2005 _____
Matthew R. Hulse
TOWNSEND and TOWNSEND and CREW LLP
Attorneys for Plaintiff/Counterdefendant DBA INFOPOWER, INC.

Dated: November ___, 2005 _____
Defendant/Counterclaimant TAL LAVIAN

Dated: November ___, 2005 _____
Melinda M. Morton
BERGESON, LLP
Attorneys for Defendant/Counterclaimant TAL LAVIAN

**NOTE:** You also must concurrently submit a copy of any ADR Forms filed to the ADR Unit by fax (415-522-4112), hand delivery (ADR Program, 450 Golden Gate Avenue, 16th Floor, Room 16-6892, San Francisco, CA) or as a PDF attachment by email to adr@cand.uscourts.gov.

60643276 v1

| | |
|---|---|
| 1 | **SIGNATURE AND CERTIFICATION BY PARTIES AND LEAD TRIAL COUNSEL** |
| 2 | Pursuant to Civ. L.R. 16 and ADR L.R. 3-5(b), each of the undersigned certifies that he |
| 3 | or she has read either the handbook entitled "Dispute Resolution Procedures in the Northern |
| 4 | District of California," or the specified portions of the ADR Unit's Internet site |
| 5 | <www.adr.cand.uscourts.gov>, discussed the available dispute resolution options provided by |
| 6 | the court and private entities, and considered whether this case might benefit from any of them. |
| 7 | *(Note: This certification must be signed by each party and its counsel. For e-filers, please* |
| 8 | *consult General Order No. 45, Section X regarding signatures.)* |

Dated: November ___, 2005 _____
Ron Sigura, President and CEO
Plaintiff/Counterdefendant DBA INFOPOWER, INC.

Dated: November 28, 2005 _____/s/ Matthew R. Hulse_____
Matthew R. Hulse
TOWNSEND and TOWNSEND and CREW LLP
Attorneys for Plaintiff/Counterdefendant DBA INFOPOWER, INC.

Dated: November ___, 2005 _____
Defendant/Counterclaimant TAL LAVIAN

Dated: November ___, 2005 _____
Melinda M. Morton
BERGESON, LLP
Attorneys for Defendant/Counterclaimant TAL LAVIAN

**NOTE:** You also must concurrently submit a copy of any ADR Forms filed to the ADR Unit by fax (415-522-4112), hand delivery (ADR Program, 450 Golden Gate Avenue, 16th Floor, Room 16-6892, San Francisco, CA) or as a PDF attachment by email to adr@cand.uscourts.gov.

60645125 v1

## SIGNATURE AND CERTIFICATION BY PARTIES AND LEAD TRIAL COUNSEL

Pursuant to Civ. L.R. 16 and ADR L.R. 3-5(b), each of the undersigned certifies that he or she has read either the handbook entitled "Dispute Resolution Procedures in the Northern District of California," or the specified portions of the ADR Unit's Internet site <www.adr.cand.uscourts.gov>, discussed the available dispute resolution options provided by the court and private entities, and considered whether this case might benefit from any of them.

*(Note: This certification must be signed by each party and its counsel. For e-filers, please consult General Order No. 45, Section X regarding signatures.)*

Dated: November ___, 2005  _____
Ron Sigura, President and CEO
Plaintiff/Counterdefendant DBA INFOPOWER, INC.

Dated: November ___, 2005  _____
Matthew R. Hulse
TOWNSEND and TOWNSEND and CREW LLP
Attorneys for Plaintiff/Counterdefendant DBA INFOPOWER, INC.

Dated: November 28, 2005  _____
Defendant/Counterclaimant TAL LAVIAN

Dated: November ___, 2005  _____
Melinda M. Morton
BERGESON, LLP
Attorneys for Defendant/Counterclaimant TAL LAVIAN

**NOTE:** You also must concurrently submit a copy of any ADR Forms filed to the ADR Unit by fax (415-522-4112), hand delivery (ADR Program, 450 Golden Gate Avenue, 16th Floor, Room 16-6892, San Francisco, CA) or as a PDF attachment by email to adr@cand.uscourts.gov.

60643276 v1

| | |
|---|---|
| 1 | **SIGNATURE AND CERTIFICATION BY PARTIES AND LEAD TRIAL COUNSEL** |
| 2 | Pursuant to Civ. L.R. 16 and ADR L.R. 3-5(b), each of the undersigned certifies that he |
| 3 | or she has read either the handbook entitled "Dispute Resolution Procedures in the Northern |
| 4 | District of California," or the specified portions of the ADR Unit's Internet site |
| 5 | <www.adr.cand.uscourts.gov>, discussed the available dispute resolution options provided by |
| 6 | the court and private entities, and considered whether this case might benefit from any of them. |
| 7 | *(Note: This certification must be signed by each party and its counsel. For e-filers, please* |
| 8 | *consult General Order No. 45, Section X regarding signatures.)* |

Dated: November ___, 2005 _____
Ron Sigura, President and CEO
Plaintiff/Counterdefendant DBA INFOPOWER, INC.

Dated: November ___, 2005 _____
Matthew R. Hulse
TOWNSEND and TOWNSEND and CREW LLP
Attorneys for Plaintiff/Counterdefendant DBA INFOPOWER, INC.

Dated: November ___, 2005 _____
Defendant/Counterclaimant TAL LAVIAN

Dated: November 28, 2005 _____
Melinda M. Morton
BERGESON, LLP
Attorneys for Defendant/Counterclaimant TAL LAVIAN

**NOTE:** You also must concurrently submit a copy of any ADR Forms filed to the ADR Unit by fax (415-522-4112), hand delivery (ADR Program, 450 Golden Gate Avenue, 16th Floor, Room 16-6892, San Francisco, CA) or as a PDF attachment by email to adr@cand.uscourts.gov.

60645125 v1