| | |
|---|---|
| 1 | TOWNSEND AND TOWNSEND AND CREW LLP |
| | THEODORE T. HERHOLD (State Bar No. 122895) |
| 2 | ttherhold@townsend.com |
| | MATTHEW R. HULSE (State Bar No. 209490) |
| 3 | mrhulse@townsend.com |
| | 379 Lytton Avenue |
| 4 | Palo Alto, California  94301 |
| | Telephone: (650) 326-2400 |
| 5 | Facsimile: (650) 326-2422 |
| 6 | Attorneys for Plaintiff/Counterdefendant |
| | DBA INFOPOWER, INC. |
| 7 | |
| | DANIEL J. BERGESON, State Bar No. 105439 |
| 8 | INA STANGENES, State Bar No. 156559 |
| | MELINDA M. MORTON, State Bar No. 209373 |
| 9 | 303 Almaden Boulevard, Suite 500 |
| | San Jose, CA 95110-2712 |
| 10 | Telephone: (408) 291-6200 |
| | Facsimile: (408) 297-6000 |
| 11 | dbergeson@be-law.com |
| | istangenes@be-law.com |
| 12 | mmorton@be-law.com |
| 13 | Attorneys for Defendant/Counterclaimant |
| | TAL LAVIAN |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| DBA INFOPOWER, INC., | Case No.   CV 05-03320-CW |
| Plaintiff, | **ORDER GRANTING STIPULATION TO EXTEND THE DEADLINE FOR MEDIATION** |
| v. | |
| TAL LAVIAN, | |
| Defendant. | |
| TAL LAVIAN, | |
| Counterclaimant, | |
| v. | |
| DBA INFOPOWER, INC., | |
| Counterdefendant. | |

1  Plaintiff and Counterdefendant DBA InfoPower, Inc. ("DBA"), through its undersigned
2  counsel, and Defendant and Counterclaimant Tal Lavian ("Lavian"), through his undersigned counsel,
3  hereby submit this Stipulation and [Proposed] Order to Extend the Deadline for Mediation.

4  WHEREAS, pursuant to the Minute Order and Case Management Order filed on January 18,
5  2006, the last day for the parties to participate in mediation is February 28, 2006;

6  WHEREAS, due to scheduling conflicts of plaintiff and its counsel, the parties in good faith do
7  not believe it is feasible to conduct the mediation by February 28, 2006;

8  WHEREAS, the parties seek to extend the deadline to conduct the mediation;

9  THEREFORE, the parties stipulate and request that the last day for the parties to participate in
10  mediation be changed from February 28, 2006 to March 22, 2006.

DATED:  February 17, 2006            TOWNSEND and TOWNSEND and CREW LLP


                                     By:  /s/ Matthew R. Hulse
                                          Matthew R. Hulse
                                          Attorneys for Plaintiff/Counterdefendant
                                          DBA INFOPOWER, INC.



                                     BERGESON, LLP


                                     By:  /s/ Ina Stangenes
                                          Ina Stangenes
                                          Attorneys for Defendant/Counterclaimant
                                          TAL LAVIAN

Concurrence in the filing of this document has been obtained from counsel for Defendant/Counterclaimant, Ina Stangenes.

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

                                     /s/ CLAUDIA WILKEN

DATED: 2/22, 2006
                                     HON. CLAUDIA WILKEN
                                     UNITED STATES DISTRICT JUDGE

60703725 v1