| | |
|---|---|
| 1 | TOWNSEND AND TOWNSEND AND CREW LLP |
| | THEODORE T. HERHOLD (State Bar No. 122895) |
| 2 | ttherhold@townsend.com |
| | MATTHEW R. HULSE (State Bar No. 209490) |
| 3 | mrhulse@townsend.com |
| | 379 Lytton Avenue |
| 4 | Palo Alto, California  94301 |
| | Telephone: (650) 326-2400 |
| 5 | Facsimile: (650) 326-2422 |
| 6 | Attorneys for Plaintiff/Counterdefendant |
| | DBA INFOPOWER, INC. |
| 7 | |
| | DANIEL J. BERGESON, State Bar No. 105439 |
| 8 | INA STANGENES, State Bar No. 156559 |
| | MELINDA M. MORTON, State Bar No. 209373 |
| 9 | 303 Almaden Boulevard, Suite 500 |
| | San Jose, CA 95110-2712 |
| 10 | Telephone: (408) 291-6200 |
| | Facsimile: (408) 297-6000 |
| 11 | dbergeson@be-law.com |
| | istangenes@be-law.com |
| 12 | mmorton@be-law.com |
| 13 | Attorneys for Defendant/Counterclaimant |
| | TAL LAVIAN |
| 14 | |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| DBA INFOPOWER, INC., | Case No.   CV 05-03320-CW |
| Plaintiff, | **STIPULATION FOR DISMISSAL; ORDER** |
| v. | |
| TAL LAVIAN, | |
| Defendant. | |
| TAL LAVIAN, | |
| Counterclaimant, | |
| v. | |
| DBA INFOPOWER, INC., | |
| Counterdefendant. | |

1  The parties, by and through their counsel, hereby stipulate and agree pursuant to Rule 41(a) of
2  the Federal Rules of Civil Procedure, that all claims and counterclaims in the above-entitled action be
3  dismissed with prejudice.  Each party shall bear its own attorney's fees and costs.

5  DATED:  May 3, 2006                            TOWNSEND and TOWNSEND and CREW LLP

7                                                             By:   /s/ Matthew R. Hulse
                                                                          Matthew R. Hulse
8                                                                         Attorneys for Plaintiff/Counterdefendant
                                                                          DBA INFOPOWER, INC.

10                                                           BERGESON, LLP

12                                                           By:   /s/ Melinda M. Morton
                                                                          Melinda M. Morton
13                                                                        Attorneys for Defendant/Counterclaimant
                                                                          TAL LAVIAN

15 Concurrence in the filing of this document has been obtained from counsel for
   Defendant/Counterclaimant, Melinda M. Morton.

17                                                    **ORDER**

18      Based on the foregoing stipulation, the action is hereby dismissed with prejudice.

19      IT IS SO ORDERED.

20                                                             /s/  CLAUDIA WILKEN

21   DATED: June 30, 2006                         _____
                                                                 HON. CLAUDIA WILKEN
22                                                             UNITED STATES DISTRICT JUDGE
   60758877 v2

STIPULATION FOR DISMISSAL; ORDER                                                                  - 1 -
CASE NO. CV 05-03320-CW